## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
DRYWALL TAPERS AND PAINTERS OF GREATER
NEW YORK LOCAL UNION 1974, AFFILIATED WITH
INTERNATIONAL UNION OF ALLIED PAINTERS
AND ALLIED TRADES, AFL-CIO AND TRUSTEES OF
THE DRYWALL TAPERS AND PAINTERS LOCAL
UNION NO. 1974 BENEFIT FUNDS

                            Plaintiff,                         25 **CIVIL** 4253 (LJL)

        -against-                                    **JUDGMENT**

GREENBUILD LLC,

                            Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 26, 2025, the Petition is GRANTED and the Award is CONFIRMED. Judgment is favor of Petitioners and against Respondent as follows: (i) Greenbuild shall pay $33,298.27 to Local 1974 Benefit Funds; (ii) Greenbuild shall pay $12,250.00 to Joint Board of the Drywall Taping Industry; and (iii) Greenbuild shall pay attorneys' fees and costs incurred in connection with the Petition, as well as any costs incurred in enforcing the judgment entered by the Court.

**Dated:** New York, New York

      September 29, 2025

                                                          **TAMMI M. HELLWIG**

                                                          **Clerk of Court**

                                    **BY:**

                                                          **Deputy Clerk**